## Leo Slutzkin, Appellee, v. Village of Lincolnwood, Appellant.

**Gen. No. 45,632.**

William L. Kelley, for appellant; Hugh M. Matchett, of counsel; Jacob Shamberg, for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.** Opinion filed November 5, 1951; released for publication November 20, 1951.